

| Case Information Summary for Case Number |
| --- |
| 2021-L-010195 |

Filing Date: 10/18/2021

Case Type: PREMISES LIABILITY

Division: Law Division

District: First Municipal

Ad Damnum: $50000.00

Calendar: B

## Party Information

**Plaintiff(s)**

CASARA CHERISE

**Attorney(s)**

DEAN J
CARAS&ASSCIATES PC
320W ILLINOIS#2312
CHICAGO IL, 60654
(312) 494-1500

**Defendant(s)**

TGI FRIDAY'S INC.

**Defendant Date of Service**

**Attorney(s)**

## Case Activity

Activity Date: 10/18/2021

Participant: CASARA CHERISE

PREMISES LIABILITY COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50

Attorney: DEAN J
CARAS&ASSCIATES PC

Ad Damnum Amount: 50000.00

Activity Date: 10/18/2021

Participant: CASARA CHERISE

CERTIFICATE FILED

Ad Damnum Amount: 50000.00

Activity Date: 10/18/2021

Participant: CASARA CHERISE

SUMMONS ISSUED AND RETURNABLE

Ad Damnum Amount: 50000.00

Attorney: DEAN J
CARAS&ASSCIATES PC

Activity Date: 10/18/2021

Participant: CASARA CHERISE

**EXHIBIT 2**

ELECTRONIC NOTICE SENT

          Attorney: DEAN J
          CARAS&ASSCIATES PC
          Microfilm: LD000000000

Activity Date: 10/18/2021     Participant: CASARA CHERISE

CASE MANAGEMENT DATE GENERATED

    Date: 12/23/2021
Court Time: 1000

Activity Date: 11/05/2021     Participant: CASARA CHERISE

NOTICE OF MOTION FILED

          Attorney: DEAN J
          CARAS&ASSCIATES PC

Activity Date: 11/05/2021     Participant: CASARA CHERISE

ROUTINE MOTION FILED

          Attorney: DEAN J
          CARAS&ASSCIATES PC

Activity Date: 11/10/2021     Participant: CASARA CHERISE

AMENDED COMPLAINT FILED

          Attorney: DEAN J
          CARAS&ASSCIATES PC

Activity Date: 11/10/2021     Participant: CASARA CHERISE

SUMMONS ISSUED AND RETURNABLE

          Attorney: DEAN J
          CARAS&ASSCIATES PC

Activity Date: 11/10/2021     Participant: CASARA CHERISE

SUMMONS ISSUED AND RETURNABLE

          Attorney: DEAN J
          CARAS&ASSCIATES PC

Activity Date: 11/10/2021     Participant: CASARA CHERISE

SUMMONS ISSUED AND RETURNABLE

          Attorney: DEAN J
          CARAS&ASSCIATES PC

| | |
|---|---|
| Activity Date: 11/10/2021 | Participant: CASARA CHERISE |

SUMMONS ISSUED AND RETURNABLE

Attorney: DEAN J
CARAS&ASSCIATES PC

| | |
|---|---|
| Activity Date: 11/10/2021 | Participant: CASARA CHERISE |

NOTICE OF FILING FILED

Attorney: DEAN J
CARAS&ASSCIATES PC

| | |
|---|---|
| Activity Date: 11/10/2021 | Participant: CASARA |

ISSUE ALIAS SUMMONS - ALLOWED -

Judge: CLEARY, GERALD V.

| | |
|---|---|
| Activity Date: 11/10/2021 | Participant: CASARA |

AMEND COMPLAINT OR PETITION - ALLOWED -

Judge: CLEARY, GERALD V.

| | |
|---|---|
| Activity Date: 11/29/2021 | Participant: CASARA CHERISE |

PROOF OF SERVICE FILED

Attorney: DEAN J
CARAS&ASSCIATES PC

[Back to Top](#)

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.